# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN EASLEY, ) | |
| ) | Civil Action No. 19-98 Erie |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| OPERLANDER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This prisoner civil action was received by the Clerk of Court on April 19, 2019 and was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. ECF No. 1, 4. That same day, Plaintiff Warren Easley filed a motion for a temporary restraining order or preliminary injunction. Subsequently, the case was administratively closed pending Plaintiff's submission of a valid application for leave to proceed in forma pauperis or payment of the requisite filing fee. ECF No. 2.

On May 23, 2019, notwithstanding the administrative closure of this action, Magistrate Judge Lanzillo issued an oral Report and Recommendation ("R&R"), ECF No. [6], on the record, recommending that Plaintiff's motion for a temporary restraining order or preliminary injunction be denied. Objections to the R&R were due to be filed on or before June 10, 2019. To date, no objections have been filed.

After *de novo* review of the complaint and documents in the case, together with the Magistrate Judge's Report and Recommendation, the following order is entered:

1

AND NOW, this 28th day of June, 2019, IT IS HEREBY ORDERED that Plaintiff's motion for a temporary restraining order or preliminary injunction, shall be, and hereby is, DENIED. The Report and Recommendation of Magistrate Judge Lanzillo, entered orally on the record on May 23, 2019, ECF No. [6], is adopted as the opinion of this Court.

*Susan Paradise Baxter*

SUSAN PARADISE BAXTER
United States District Judge

cm:    Warren Easley
       KA-1544
       SCI Forest
       Housing Unit J-D-1003
       P.O. Box 945
       Marienville, PA 16239
       (via U.S. Mail)

       Timothy Mazzocca, Esq.
       Justin Gayle, Esq.
       Office of the Attorney General
       1251 Waterfront Place
       Mezzanine Level
       Pittsburgh, PA 15222
       (via U.S. Mail)

       The Honorable Richard A. Lanzillo (via CM/ECF)